IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **AMIEL CUETO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **06-546-MJR** |
| ) | |
| **JAMIESON ENTERPRISES, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

I hereby **RECUSE** myself from all participation in the above-captioned case. The Clerk of Court is hereby directed to immediately reassign this case to a different U.S. Magistrate Judge.

**IT IS THEREFORE ORDERED** that

**IT IS SO ORDERED.**

DATED: August 8, 2006

                                                                                    s/ Clifford J. Proud
                                                                                    **CLIFFORD J. PROUD**
                                                                                    **U. S. MAGISTRATE JUDGE**


**Case is reassigned to U.S. Magistrate Judge Donald G. Wilkerson for pretrial no dispositive motion.**